## El Pueblo *v.* El Registrador de la Propiedad.

Recurso gubernativo contra nota del Registrador de la Propiedad de Ponce.

No. 2.   Resuelto en Enero 25, 1905.

Resuelto por los propios fundamentos de la Opinión emitida en el caso No. 13 de *El Pueblo de Puerto Rico* v. *El Registrador de la Propiedad,* pág. 8.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto contra negativa del Registrador de la Propiedad de Ponce á inscribir á favor del "Pueblo de Puerto Rico" tres certificaciones expedidas por el Colector de Rentas Internas de aquella ciudad, sobre venta de dos solares y un trozo de terreno rematados para el pago de contribuciones.

*Resultando* que seguido expediente de apremio por el Colector de Rentas de aquella ciudad contra Juana Contreras, Antonio Santiago, Trinidad Barútel é Inocencio Díaz en cobro de contribuciones atrasadas, se les embargaron bienes que se sacaron á pública subasta y se adjudicaron, por falta de licitadores, á favor de "El Pueblo de Puerto Rico"; y que presentadas al Registro las certificaciones de ventas expedidas por el Colector, para su inscripción, le fué denegada por el Registrador por no resultar inscrito el dominio de los inmuebles embargados á favor de los deudores, ni de ninguna otra persona, según nota puesta al pie de las certificaciones de referencia.

*Resultando* que notificada dicha nota al Colector de Rentas de Ponce, como no estuviera conforme con la negativa del Registrador, elevó éste las certificaciones de que se trata á esta Corte Suprema para su resolución, reproduciendo el informe que había emitido antes en los casos de Martín Vargas, Rafael Bermejo y Mariana Colón, y ampliándolo con las demás razones que estimó pertinentes á su derecho.

Abogado del recurrente: *Sr Rossy, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la Opinión del Tribunal.

Por los fundamentos de la resolución dictada en esta misma fecha por esta Corte Suprema en el recurso gubernativo interpuesto á nombre del Pueblo de Puerto Rico contra negativa del Registrador de la Propiedad de Ponce á inscribir las certificaciones de venta de tres solares rematados para el pago de contribuciones atrasadas y que es de perfecta aplicación al presente caso.

Se confirma la nota denegatoria puesta por el Registrador de la Propiedad de Ponce, al pie de las certificaciones de que se trata en el presente recurso, y con copia certificada de la citada resolución, de la que también se pondrá copia á continuación, y de la presente, devuélvasele al Registrador de la Propiedad de dicha ciudad á los efectos procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.